No. 979. RAY, ADMINISTRATRIX, *v.* COMMISSIONER OF INTERNAL REVENUE. June 1, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. George E. H. Goodner* for petitioner. *Solicitor General Reed, Assistant Attorney General Morris,* and *Messrs. J. Louis Monarch* and *J. E. Youngman* for respondent.

No. 1006. TOTTEN *v.* HARLOWE ET AL. June 1, 1937. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Mr. Jacob N. Halper* for petitioner. *Messrs. Stanton C. Peelle* and *Paul E. Lesh* for respondents.

No. 721. LIPSON *v.* SOCONY VACUUM CORP.; and
No. 722. SAME *v.* STANDARD OIL Co. On writs of certiorari to the Circuit Court of Appeals for the First Circuit. April 26, 1937. Dismissed per stipulation of counsel. *Messrs. Edward O. Proctor* and *Edward C. Park* for petitioner. *Mr. George R. Stobbs* for respondents. Reported below: 87 F. (2d) 265.